DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KALTAG TRIBAL COUNCIL, and HUDSON AND SALINA SAM,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>KARLEEN JACKSON, in her official capacity as Commissioner of Alaska Department of Health and Social Services; BILL HOGAN, in his official capacity as Deputy Commissioner of Alaska Department of Health and Social Services; and PHILLIP MITCHELL, in his official capacity as Section Chief of the Alaska Bureau of Vital Statistics,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 3:06-CV-00211 (TMB) |

## NOTICE OF RELATED CASE

The defendants give notice, pursuant to D. Ak. LR. 40.2, of a related case.

**Case Name**: *Native Village of Tanana, Dan and Theresa Schweitert, Nulato Village, Akiak Native Community, Village of Kalskag, Village of Lower Kalskag, and Kenaitze Indian Tribe v. State of Alaska, Joel Gilbertson, in his capacity as Alaska*

*Commissioner of Health and Social Services, Marcia Kennai, in her capacity as Deputy Commissioner of the Department of Health and Social Services, Phillip Mitchell, in his capacity as Chief of the Alaska Bureau of Vital Statistics, and Gregg Renkes, in his capacity as Alaska Attorney General.*

**Case Number:** 3AN-04-12194 CI.

**Court Where Case is Pending:** Superior Court for the State of Alaska, Third Judicial District at Anchorage.

**Filing Date of Case:** October 28, 2004.

**Statement of Relationship of the Cases:** *Native Village of Tanana, et, al, v. State, et. al.,* meets the definition of related case under D. Ak. LR. 40.2(b)(1) because some of the defendants in *Tanana* are named as defendants in the above captioned case. In each case an Alaska Commissioner of Health and Social Services and the Chief of the Alaska Bureau of Vital Statistics are named as defendants in their official capacity. In addition, both cases set out similar claims. The *Tanana* plaintiffs allege that, under 25 U.S.C. § 1911(d), the State of Alaska and its agencies are required to give full faith and credit to tribal adoption orders. In the present case, the plaintiffs seek and order declaring that the Kaltag Tribal Court orders of Adoption are entitled to full faith and credit under 25 U.S.C. § 1911(d). The plaintiffs, in each case, are represented by Heather Kendall-Miller.

Dated this 11th day of October, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300

Juneau, Alaska 99811
(907) 465-3600
(907) 465-2539
stacie_kraly@law.state.ak.us
Alaska Bar No. 9406040

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006, a copy of foregoing NOTICE OF RELATED CASE was served electronically on the following parties of record:

Natalie A. Landreth, Esq.
Heather Kendall-Miller, Esq.
Native American Rights Fund
420 L. Street, Suite 505
Anchorage, AK 99501

s/Stacie L. Kraly

I:\RUTHERDJ\Kaltag\Notice of Similar Case.doc