Natalie A. Landreth
Heather Kendall-Miller
NATIVE AMERICAN RIGHTS FUND
420 "L" Street, Suite 505
Anchorage, Alaska 99501-3657
Tel: (907) 276-0680
Fax: (907) 276-2466
Email: landreth@narf.org
       kendall@narf.org

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KALTAG TRIBAL COUNCIL, and HUDSON AND SALINA SAM, <br><br> Plaintiffs, <br><br> v. <br><br> KARLEEN JACKSON, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 3:06-CV-00211 (TMB) |

## RESPONSE TO NOTICE OF RELATED CASE

Pursuant to Local Rule 40.2(c), Kaltag and the Sams oppose the Notice of Related Case

filed by defendants on October 12, 2006. The defendants cite three grounds for the assertion that

there is a related case: (1) the defendants are the same, (2) one of the attorneys for the plaintiffs is

the same, and (3) the claims are "similar." D. Ak. LR 40.2(b)(1).

First, the fact that the defendants are the same is not relevant here; many people bring claims against state agencies or commissioners in their official capacity, but that does not render them related. Nor is it relevant here that one of the attorneys is the same in both cases. Heather Kendall-Miller frequently advocates on behalf of Alaska Tribes and Alaska Native individuals, and she always has more than one case pending. Her presence does not render the two cases related.

Furthermore, the two cases are not similar in that one is grounded largely in state law while the other is based entirely on federal statutory and common law. The *Tanana* case was brought in state court to challenge the implementation of broad policy changes toward tribal courts instituted by former Attorney General Gregg Renkes. The State's position in *Tanana* is based upon interpretations of Alaska *state* law that tribal courts lack jurisdiction over all children's proceedings. In contrast, Kaltag's and the Sams' claims are based solely on a *federal* statute and *federal* Ninth Circuit precedent, and concern only a single adoption, not all children's proceedings in all tribal courts. The two cases share only modest similarities and are thus not related.


DATED this 23rd day of October, 2006.

Respectfully submitted,

s/nlandreth
Natalie A. Landreth (Bar no. 0405020)
Heather Kendall-Miller (Bar no. 9211084)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680

Facsimile: (907) 276-2466
Email: landreth@narf.org
kendall@narf.org

**Certificate of Service**

I hereby certify that on the 23rd day of October 2006, a true and correct copy of the foregoing Response to Notice of Related Case was served electronically upon the following:

Stacie L. Kraly     stacie_kraly@law.state.ak.us

<u>s/nlandreth</u>